UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sleep Number Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>John Baxter,<br><br>Defendant. | Court File No. _____<br><br>**PLAINTIFF'S MOTION TO CONFIRM ARBITRATION AWARD** |

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., Plaintiff Sleep Number Corporation ("Sleep Number"), by and through its undersigned counsel, hereby moves the Court for an order confirming (1) the final arbitration award issued on December 10, 2024 and (2) the attorneys' fees and costs order issued on February 12, 2025, by Arbitrator Jeffrey J. Keyes in the private arbitration styled *Sleep Number Corporation v. John Baxter*.

This Motion is based upon all the files, records, and proceedings herein, including memoranda of law to be filed in support of this Motion, arguments of counsel, and the pleadings and proceedings in this matter.[1]

---

[1] Pursuant to 9 U.S.C. § 6, "[a]ny application to the court [under the FAA] shall be made and heard in the manner provided by law for the making and hearing of motions . . . ." As such, Sleep Number styles its application to the Court to Confirm the Arbitration Award as a motion, rather than a pleading, which is proper under the FAA. *See, e.g.*, *City of Duluth v. Fond du Lac Band of Lake Superior Chippewa*, No. CIV. 09-2668 SRN/LIB, 2011 WL 1832942, at *5 (D. Minn. Apr. 28, 2011), *report and recommendation adopted sub nom. Duluth v. Fond du Lac Band of Lake Superior Chippewa*, No. CIV. 09-2668 SRN/LIB, 2011 WL 1832786 (D. Minn. May 13, 2011) ("[T]he Court finds that the FAA does not require that the issue be raised and asserted in a pleading or through the formal service of a summons and complaint.").

Dated: February 19, 2025         **FOX ROTHSCHILD LLP**

By:   s/Elizabeth A. Patton
     Andrew S. Hansen (#285894)
     Elizabeth A. Patton (#391431)

33 South 6th Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 607-7000
ahansen@foxrothschild.com
epatton@foxrothschild.com

**ATTORNEYS FOR PLAINTIFF**